**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000384**
**31-AUG-2022**
**08:42 AM**
**Dkt. 37 OAWST**

NO. CAAP-21-0000384


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


WILMINGTON SAVINGS FUND SOCIETY, FSB,
D/B/A/ CHRISTIANA TRUST, NOT INDIVIDUALLY
BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,
Plaintiff-Appellee, v. RUSTICO VILORIA UDARBE;
RUSTICO VILORIA UDARBE, TRUSTEE OF THE UDARBE TRUST;
HEDELIZA TOLENTINO UDARBE; HEDELIZA TOLENTINO UDARBE,
TRUSTEE OF THE UDARBE TRUST, Defendants-Appellants,
CORRINE E. GROSS; STATE OF HAWAIʻI – DEPARTMENT OF TAXATION;
UNITED STATES OF AMERICA; AMERICAN EXPRESS BANK, FSB,
Defendants-Appellees, JOHN DOES 1-50; JANE DOES 1-50;
DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50;
DOE ENTITIES 1-50; and DOE GOVERNMENTAL UNITS 1-50,
Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CC131000924(1))


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Hiraoka and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal With Prejudice of Notice of Appeal Filed June 23, 2021, filed August 25, 2022, by Plaintiff-Appellee Wilmington Savings Fund Society, FSB, the papers in support, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs, under Hawaiʻi Rules of Appellate Procedure Rule 42(b); and (3) the

stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, August 31, 2022.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge